IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SARAH A. ENGELHART,                    )
                                       )
                     Plaintiff,        )              8:05CV181
                                       )
              v.                       )
                                       )
JO ANNE B. BARNHART,                   )          REASSIGNMENT ORDER
Commissioner of Social Security.       )
                                       )
                     Defendant.        )
_____   )


        It has come to this court's attention that Magistrate Judge F.A. Gossett was

assigned in error to this case.

        THEREFORE, IT IS ORDERED that this case is reassigned to District Court Lyle

E. Strom for disposition and processing of all pretrial matters.

        DATED this 22nd day of April, 2005.

                                BY THE COURT:



                                **s/ Joseph F. Bataillon**
                                United States District Judge